LAWRENCE K. ROCKWELL, #72410
ERIC W. DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:    (510) 451-0544
Facsimile:    (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, SONIC SOLUTIONS, a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and SYMANTEC OPERATING CORPORATION, a Delaware corporation;<br><br>                    Plaintiffs,<br><br>     v.<br><br>FOX ROTHSCHILD LLP, a Pennsylvania limited liability partnership;<br><br>                    Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: The Software Publishers Association, doing business as the Software & Information Industry Association, ("SIIA") is a not-for-profit trade association located in Washington, D.C., organized pursuant to Section 501(c)(6) of the Internal Revenue Code to, among other things, represent participants in the SIIA anti-piracy program in preventing infringement of the respective copyrights of said participants. Adobe Systems Incorporated, Corel Corporation, Sonic Solutions, Symantec Corporation, and Symantec Operating Corporation have authorized SIIA to assist them in this litigation.

Dated: December 5, 2007

DONAHUE GALLAGHER WOODS LLP

By: *Julie E. Hofer*
Julie E. Hofer
Attorneys for Plaintiffs