1 | DAVID F. FAUSTMAN, Bar No. 081862
  | CRISTINA K. OLIVELLA, Bar No. 246156
2 | FOX ROTHSCHILD LLP
  | 235 Pine Street, Suite 1500
3 | San Francisco, California 94104
  | Telephone: (415) 364-5540
4 | Facsimile: (415) 391-4436

5 | Attorneys for Defendant
  | FOX ROTHSCHILD LLP

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, SONIC SOLUTIONS, a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and SYMANTEC OPERATING CORPORATION, a Delaware corporation. <br><br> Plaintiffs, <br><br> v. <br><br> FOX ROTHSCHILD LLP, a Pennsylvania limited liability partnership, <br><br> Defendant. | Case No. C07-06161 PJH <br><br> **STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

WC1 21217v1 12/21/07

1  IT IS HEREBY STIPULATED, pursuant to Northern District Local Rule 6-1
2  subpart (a), by and between the parties hereto through their respective attorneys of
3  record, that Defendant Fox Rothschild LLP shall have until February 1, 2008 to
4  answer or otherwise respond to Plaintiffs' complaint. In accordance with the Local
5  Rule, this extension does not alter the date of any event or any deadline already fixed
6  by the Court.
7  IT IS SO STIPULATED AND CONSENTED TO:

9  DATED: 12/21/07           DONAHUE GALLAGHER WOODS LLP

11
12 By: _____
   Eric Doney
   Julie E. Hofer
13 Attorneys for Plaintiffs

15 DATED: 12/21/07           FOX ROTHSCHILD LLP

17 By: _____
   David F. Faustman
18 Cristina K. Olivella
   Attorneys for Defendant

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT
2
WC1 21217v1 12/21/07