LAWRENCE K. ROCKWELL, #72410
ERIC W. DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, SONIC SOLUTIONS, a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and SYMANTEC OPERATING CORPORATION, a Delaware corporation;<br><br>Plaintiffs,<br><br>v.<br><br>FOX ROTHSCHILD, LLP, a Pennsylvania limited liability partnership,<br><br>Defendant. | CASE NO. C07-06161 PJH<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT FOX ROTHSCHILD, LLP TO RESPOND TO COMPLAINT |

1   IT IS HEREBY STIPULATED, pursuant to Northern District Local Rule 6-1 subpart (a), by and between the parties hereto through their respective attorneys of record, that Defendant Fox Rothschild LLP shall have until February 20, 2008 to answer or otherwise respond to Plaintiff's complaint. In accordance with the Local Rule, this extension does not alter the date of any event or any deadline already fixed by the Court.

IT IS SO STIPULATED.

Dated: January 30, 2008          DONAHUE GALLAGHER WOODS LLP

By: *Julie E. Hofer*
Julie E. Hofer
Attorneys for Plaintiffs

Dated: January 29, 2008          FOX ROTHSCHILD LLP

By: *Cristina Olivella*
David F. Faustman
Cristina K. Olivella
Attorneys for Defendant

-1-