1  DAVID F. FAUSTMAN, Bar No. 081862
   CRISTINA K. OLIVELLA, Bar No. 246156
2  FOX ROTHSCHILD LLP
   235 Pine Street, Suite 1500
3  San Francisco, California 94104
   Telephone: (415) 364-5540
4  Facsimile: (415) 391-4436

5  Attorneys for Defendant
   FOX ROTHSCHILD LLP

6

7
                    UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  ADOBE SYSTEMS INCORPORATED,          Case No. C07-06161 PJH
    a Delaware corporation, COREL
11  CORPORATION, a Canadian corporation,
    SONIC SOLUTIONS, a Delaware          **ANSWER TO COMPLAINT FOR**
12  corporation, SYMANTEC                **DAMAGES AND INJUNCTIVE RELIEF**
    CORPORATION, a Delaware corporation,
13  and SYMANTEC OPERATING               **[Jury Trial Demanded]**
    CORPORATION, a Delaware corporation.
14
            Plaintiffs,
15
    v.
16
    FOX ROTHSCHILD LLP, a Pennsylvania
17  limited liability partnership,

18          Defendant.

19

20

21

22

23

---

ANSWER

WC1 22784v1 02/18/08

Defendant Fox Rothschild LLP hereby submits this Answer to Plaintiff's Complaint for Damages and Injunctive Relief. Fox Rothschild denies each and every allegation in the Complaint not specifically admitted herein. Fox Rothschild further denies that Plaintiffs are entitled to any legal, equitable, or other relief as stated in Plaintiffs' Prayer for Relief or otherwise. Pursuant to FRCP 38, Defendant demands a trial by jury.

Responding specifically to the numbered allegations contained in the Complaint, Fox Rothschild states the following:

1. Fox Rothschild is without sufficient knowledge or information to form a belief as to the truth of Plaintiffs' allegations as to the corporate status or the principal place of business of Adobe and on that basis denies each and every allegation in paragraph 1 and on that basis denies each and every allegation in paragraph 1.

2. Fox Rothschild is without sufficient knowledge or information to form a belief as to the truth of Plaintiffs' allegations as to the corporate status or the principal place of business of Corel and on that basis denies each and every allegation in paragraph 2 and on that basis denies each and every allegation in paragraph 2.

3. Fox Rothschild is without sufficient knowledge or information to form a belief as to the truth of Plaintiffs' allegations as to the corporate status or the principal place of business of Sonic and on that basis denies each and every allegation in paragraph 3 and on that basis denies each and every allegation in

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WCI 22784v1 02/18/08

1
ANSWER

1 | paragraph 3.

2 | 4. Fox Rothschild is without sufficient knowledge or information to form a belief as to the truth of Plaintiffs' allegations as to the corporate status or the principal place of business of Symantec and on that basis denies the allegations in sentence 1 of paragraph 4. Fox Rothschild is without sufficient knowledge or information to form a belief as to the truth of Plaintiffs' allegations in sentence 2 of paragraph 4. Sentence 3 of paragraph 4 requires no response.

5. Fox Rothschild admits that it is a Pennsylvania limited liability general partnership with a principle place of business in Philadelphia, Pennsylvania. Fox Rothschild admits that it has an office in San Francisco, California.

6. Fox Rothschild admits that Plaintiffs seek to assert jurisdiction in this Court under the copyright laws, and Title 17 and 28 of the United States Code. Fox Rothschild otherwise denies, generally and specifically, the remaining allegations in paragraph 6.

7. Fox Rothschild admits that Plaintiffs seek to assert venue in the U.S. District Court for the Northern District of California. Fox Rothschild otherwise denies generally and specifically, the remaining allegations in paragraph 7.

8. Paragraph 8 requires no response.

9. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 9, and on that basis denies the allegations. Fox Rothschild is without sufficient

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

2
ANSWER

knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 2 of paragraph 9, and on that basis denies the allegations.

10. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 10, and on that basis denies, generally and specifically, each and every allegation therein.

11. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 11, and on that basis denies the allegations. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 2 of paragraph 11, and on that basis denies the allegations.

12. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 12, and on that basis denies, generally and specifically, each and every allegation therein.

13. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 13, and on that basis denies, generally and specifically, each and every allegation therein.

14. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 14, and on that basis denies the allegations. Fox Rothschild denies, generally and specifically, Plaintiffs' allegations in sentence 2 of paragraph 14.

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO CA 94104

WC1 2278v1 02/18/08

3
ANSWER

15. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 15, and on that basis denies the allegations. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 2 of paragraph 15, and on that basis denies the allegations.

16. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 16, and on that basis denies, generally and specifically, each and every allegation therein.

17. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 17, and on that basis denies, generally and specifically, each and every allegation therein.

18. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 18, and on that basis denies the allegations. Fox Rothschild denies, generally and specifically, Plaintiffs' allegations in sentence 2 of paragraph 18.

19. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 19, and on that basis denies the allegations. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 2 of paragraph 19, and on that basis denies the allegations.

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

4
ANSWER

20. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 20, and on that basis denies, generally and specifically, each and every allegation therein.

21. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 21, and on that basis denies, generally and specifically, each and every allegation therein.

22. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 22, and on that basis denies the allegations. Fox Rothschild denies, generally and specifically, Plaintiffs' allegations in sentence 2 of paragraph 22.

23. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 23, and on that basis denies the allegations. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 2 of paragraph 23, and on that basis denies the allegations.

24. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 24, and on that basis denies, generally and specifically, each and every allegation therein.

25. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations of paragraph 25, and on that basis denies, generally and specifically, each and every allegation therein.

FOX ROTHSCHILD LLP
PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

5
ANSWER

26. Fox Rothschild is without sufficient knowledge or information as to form a belief as to the truth of Plaintiffs' allegations in sentence 1 of paragraph 26, and on that basis denies the allegations. Fox Rothschild denies, generally and specifically, Plaintiffs' allegations in sentence 2 of paragraph 26.

27. Fox Rothschild admits that it is a law firm headquartered in Philadelphia, Pennsylvania. Fox Rothschild admits that it has an office in San Francisco, California. Fox Rothschild admits that it has an intellectual property practice area. Fox Rothschild denies, generally and specifically, the remaining allegations in paragraph 27.

28. Fox Rothschild admits that it uses personal computers in conducting business. Fox Rothschild denies, generally and specifically, each and every allegation in sentence two of paragraph 28. Sentence 3 of paragraph 28 requires no response.

29. Fox Rothschild denies, generally and specifically, each an every allegation in paragraph 29.

30. In response to paragraph 30, Fox Rothschild repeats and incorporates by reference each of its responses to paragraphs 1 through 29 of the Complaint.

31. Fox Rothschild denies, generally and specifically, each and every allegation in paragraph 31.

32. Fox Rothschild denies, generally and specifically, each and every allegation in paragraph 32.

33. Fox Rothschild denies, generally and specifically, each and every allegation in

FOX ROTHSCHILD LLP
PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94101

WCI 22784v1 02/18/08

6
ANSWER

1  paragraph 33.

2  34.  Fox Rothschild denies, generally and specifically, each and every allegation in
3  paragraph 34.

4  35.  Fox Rothschild denies that Plaintiffs are entitled to the relief requested in parts
5  (a) – (d) of paragraph 1, or to any relief at all.

6  36.  Fox Rothschild denies that Plaintiffs are entitled to the relief requested in parts
7  paragraph 2, or to any relief at all.

8  37.  Fox Rothschild denies that Plaintiffs are entitled to the relief requested in
9  paragraph 3, or to any relief at all.

10 38.  Fox Rothschild denies that Plaintiffs are entitled to the relief requested in
11 paragraph 4, or to any relief at all.

12 39.  Fox Rothschild denies that Plaintiffs are entitled to the relief requested in
13 paragraph 5, or to any relief at all.

14 40.  Fox Rothschild denies that Plaintiffs are entitled to the relief requested in
15 paragraph 6, or to any relief at all.

16 41.  Fox Rothschild denies that Plaintiffs are entitled to the relief requested in
17 paragraph 7, or to any relief at all.

18                          **AFFIRMATIVE DEFENSES**

19                          1.    LACK OF ORIGINALITY

20 Defendant alleges that the work alleged in the Complaint lacks sufficient originality
21 for protection under the Copyright Act and plaintiffs' claims are barred for lack of
22 originality.

23

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

7
ANSWER

## 2. INVALIDITY OF COPYRIGHT

Defendant alleges that plaintiffs' claims for copyright infringement are barred because the copyright registrations are invalid and unenforceable.

## 3. FAIR USE

Defendant alleges that plaintiffs' claim for copyright infringement is barred in whole or in part by the doctrine of fair use.

## 4. ESTOPPEL

Defendant alleges that plaintiffs' claims are barred by the doctrine of estoppel.

## 5. WAIVER

Defendant alleges that plaintiffs' claims are barred by the doctrine of waiver.

## 6. INNOCENT INFRINGER

Defendant alleges that any and all the acts alleged by plaintiffs were performed, if they were performed at all, with lack of knowledge, lack of willful intent and without malice or ill-will.

## 7. MITIGATION OF DAMAGES

Defendant alleges that plaintiffs have failed to act reasonably to mitigate their alleged damages, costs, and/or fees, and/or that others acting on their behalf or at their behest failed to mitigate.

## 8. NO CULPABLE CLAIM

Plaintiffs' complaint fails to state any culpable federal claims or any claims upon which relief can be granted.

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

8
ANSWER

## 9.  STATUTE OF LIMITATIONS

Some or all of plaintiffs' claims are barred by the applicable statutes of limitations.

## 10.  NO VIOLATION OF LAW

Defendant has not violated any rights, privileges or immunities secured to plaintiffs under the Federal or State law.

## 11.  NO STATUTORY DAMAGES

Based on the facts alleged, plaintiffs cannot obtain statutory damages against defendant pursuant to 17 U.S.C. §504, et seq

## 12.  NO DAMAGES

Plaintiffs' claims are barred since plaintiffs have not suffered any damages as a result of the facts alleged in plaintiffs' complaint.

## 13.  ACQUIESCENCE AND LACHES

Plaintiffs' claims are barred under the equitable doctrines of acquiescence and laches.

## 14.  FAILURE TO TIMELY REGISTER

Plaintiffs' prayer for damages, if any, may be limited by their failure to timely register their copyright.

## 15.  LACK OF STATUTORY DAMAGES

Plaintiffs' prayer for statutory damages, if any, is limited on the grounds that plaintiffs' failed to allege or prove facts sufficient to show that the alleged infringement by defendants was willful.

## 16.  LICENSE

Plaintiffs' claims are barred in whole or in part by licenses, expressed and implied,

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

9
ANSWER

granted or authorized to be granted by plaintiffs'.

### 17. INNOCENT INTENT

Plaintiffs' damages, if any, are limited by defendant's innocent intent.

### 18. COPYRIGHT MISUSE

Plaintiffs' claims are barred in whole or in part by the doctrine of copyright misuse.

### 19. SUBSTANTIAL NON-INFRINGEMENT USE

Plaintiffs' claims are barred in whole or in part based upon the doctrine of substantial non-infringement use, although defendants submit plaintiffs' bear the burden of proving the doctrines inapplicability.

### 20. UNCLEAN HANDS

Plaintiffs' claims are barred in whole or in part by the doctrine of unclean hands.

WHEREFORE, Fox Rothschild respectfully requests that the Complaint for Damages and Injunctive Relief be dismissed with Prejudice, that Plaintiffs be awarded no relief whatsoever, that Fox Rothschild be awarded its attorney's fees and expenses, that all costs of this action be cast against Plaintiffs, and that this Court grant Fox Rothschild such other and further relief as this Court deem just and proper.

DATED: February 19, 2008          FOX ROTHSCHILD LLP

By   /s/ David F. Faustman
DAVID F. FAUSTMAN
CRISTINA K. OLIVELLA
Attorneys for Defendant

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

10
ANSWER

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action; my business address is: 235 Pine Street, Suite 1500, San Francisco, California 94104.

On February 19, 2008, I served the foregoing **ANSWER** on the interested party in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Eric Doner, Esquire
Julie E. Hofer, Esquire
Donahue Gallagher Woods LLP
300 Lakeside Drive
Suite 1900
Oakland, CA 94612

[ x ] **BY FIRST CLASS MAIL:** I caused said documents to be deposited in a facility regularly maintained by the United States Postal Service on the same day, in a sealed envelope, with postage paid, addressed to the above listed persons on whom it is being served in San Francisco, California for collection and mailing on that date following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 19th day of February 2008 at San Francisco, California.

                                                               /s/ Amie Morelli
                                                                  Amie Morelli

FOX ROTHSCHILD LLP
235 PINE STREET
SUITE 1500
SAN FRANCISCO, CA 94104

WC1 22784v1 02/18/08

11
ANSWER