1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Adobe Systems Incorporated, | 07-06161 PJH |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Fox Rothschild LLP, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: February 27, 2008
9                                          RICHARD W. WIEKING
                                            Clerk
10                                          by:    Timothy J. Smagacz
11
12                                          _____
                                            ADR Administrative Assistant
                                            415-522-4205
13                                          Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-06161 PJH                                -2-

**PROOF OF SERVICE**

Case Name:      Adobe Systems Incorporated v. Fox Rothschild LLP

Case Number:    07-06161 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On February 27, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Lawrence Kevin Rockwell
>   Donahue Gallagher Woods LLP
>   300 Lakeside Drive
>   Suite 1900
>   Oakland, CA 94604-2979
>   larry@donahue.com
>
>   Julie E. Hofer
>   Donahue Gallagher Woods LLP
>   300 Lakeside Drive
>   Suite 1900
>   Oakland, CA 94612-3570
>   julie@donahue.com
>
>   Eric W. Doney
>   Donahue Gallagher Woods LLP
>   300 Lakeside Drive
>   Suite 1900
>   Oakland, CA 94612-3570
>   eric@donahue.com

David Frederick Faustman
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
dfaustman@foxrothschild.com

Cristina K. Olivella
Fox Rothschild LLP
235 Pine Street
Suite 1500
San Francisco, CA 94104

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 27, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov