1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California  94612-3570
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT

10                     SAN FRANCISCO DIVISION

11

12  ADOBE SYSTEMS INCORPORATED, a       CASE NO.  C07-06161-PJH
    Delaware corporation, COREL
13  CORPORATION, a Canadian corporation,  **PROOF OF SERVICE OF SUMMONS AND**
    SONIC SOLUTIONS, a Delaware          **COMPLAINT**
14  corporation, SYMANTEC
    CORPORATION, a Delaware corporation,
15  and SYMANTEC OPERATING
    CORPORATION, a Delaware corporation,
16
                 Plaintiffs,
17
    v.
18
    FOX ROTHSCHILD LLP, a Pennsylvania
19  limited liability partnership,

20               Defendant.

21

22

23

24

25

26

27

28
                                    -1-

| *Attorney or Party without Attorney:*<br>DONAHUE GALLAGHER WOODS, LLP, Bar #152185<br>300 LAKESIDE DR., SUITE 1900<br>Oakland, CA 94612<br>*Telephone No:* 510 451-0544    *FAX No:* 510 832-1486 | *For Court Use Only* |
|---|---|

| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>3511A-FOXRD | |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court Northern District Of California

*Plaintiff:* ADOBE SYSTEMS INCORPORATED, et al.

*Defendant:* FOX ROTHSCHILD LLP

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C07-06161PJH |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons In A Civil Case; Complaint For Damages And Injunctive Relief; Civil Cover Sheet; Certification Of Interested Entities Or Persons; Order Setting Initial Case Management Conference And Adr Deadlines; Order Requiring Joint Case Management Statement And Appearance At Case Management Conference; Contents Of Joint Case Mangement Statement; Welcome To The U.S. District Court; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Consent To Proceed Before A United States Magistrate Judge; Ecf Registration Information Handout.

3.  a. *Party served:*        FOX ROTHSCHILD LLP
    b. *Person served:*       DAVID FASTMAN, PARTNER/AUTHORIZED AGENT FOR SERVICE

4. *Address where the party was served:*        1801 CENTURY PARK EAST
                                               SUITE 1420
                                               LOS ANGELES, CA 90067

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Dec. 06, 2007 (2) at: 3:55PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
    *on behalf of:* FOX ROTHSCHILD LLP
    *Other:* PENNSYLVANIA LIMITED LIABILITY GENERAL PARTNERSHIP

7. *Person Who Served Papers:*        Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JONATHAN SOLIS        d. *The Fee for Service was:*

    First Legal Support Services
    ATTORNEY SERVICES
    1511 BEVERLY BOULEVARD
    Los Angeles, CA 90026
    (213) 250-1111, FAX (213) 250-1197

    e. I am: (3) registered California process server
        *(i)* Independent Contractor
        *(ii) Registration No.:* 3477
        *(iii) County:* Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date:Tue, Dec. 11, 2007

(JONATHAN SOLIS)