LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486
Email: julie@donahue.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, SONIC SOLUTIONS, a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and SYMANTEC OPERATING CORPORATION, a Delaware corporation;<br><br>    Plaintiffs,<br><br>v.<br><br>FOX ROTHSCHILD LLP, a Pennsylvania limited liability partnership;<br><br>    Defendant. | CASE NO. C 07-06161 PJH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>Current CMC Date   March 13, 2008<br>Requested Date:   April 24, 2008<br>Time:   2:30<br>Location:   Courtroom 3, 17th Floor<br>Judge:   Hon. Phyllis J. Hamilton |

Pursuant to Civil L.R. 6-2, plaintiffs Adobe Systems Incorporated, Corel Corporation, Sonic Solutions, Symantec Corporation and Symantec Operating Corporation and defendant Fox Rothschild LLP, by and through their respective counsel of record, hereby stipulate, agree and request that the Court enter an order continuing the Case Management Conference currently scheduled for March 13, 2008 to April 24, 2008 and that all related deadlines be continued accordingly.

The parties have settled this matter with terms that require performance by April 5, 2008, and such settlement would eliminate the need for the Case Management Conference, as well as any additional items on the Court's calendar.

This stipulation is supported by the Declaration of Julie E. Hofer submitted concurrently herewith.

IT IS SO STIPULATED.

Dated: February 29, 2008

DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiff

Dated: February 29, 2008

FOX ROTHSCHILD LLP

By: _____
David F. Faustman
Cristina K. Olivella
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____, 2008

_____
The Honorable Phyllis J. Hamilton
United States District Judge