1  LAWRENCE K. ROCKWELL, #72410
   ERIC W. DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiffs
7

8                    UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT

10                   SAN FRANCISCO DIVISION

11

12 | ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, SONIC SOLUTIONS, a Delaware corporation, SYMANTEC CORPORATION, a Delaware corporation, and SYMANTEC OPERATING CORPORATION, a Delaware corporation; | CASE NO. C 07-06161 PJH

**DECLARATION OF JULIE E. HOFER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**

Plaintiffs,

v.

FOX ROTHSCHILD LLP, a Pennsylvania limited liability partnership;

Defendant.

Current CMC Date  March 13, 2008
Requested Date:   April 24, 2008
Time:             2:30
Location:         Courtroom 3, 17th Floor
Judge:            Hon. Phyllis J. Hamilton

I, Julie E. Hofer, declare as follows:

1. I am a partner in the law firm of Donahue Gallagher Woods LLP, counsel for Adobe Systems Incorporated, Corel Corporation, Sonic Solutions, Symantec Corporation, and Symantec Operating Corporation ("Plaintiffs"). I have personal knowledge of the matters stated herein, and if called as a witness could and would competently testify thereto.

2. On December 5, 2007, I received a copy of the Order Setting Initial Case Management Conference and ADR Deadlines. A copy of the Notice was served on defendant Fox Rothschild LLP on December 6, 2007.

3. The parties have resolved this matter with Settlement Agreement terms that require performance of certain actions by April 5, 2008. Once those terms have been performed, the parties will file a stipulation to dismiss this action, eliminating the necessity for the CMC. Thus the parties respectfully request the current CMC date be continued to April 24, 2007.

4. To date, there have been no other requests in this matter for time modifications that would affect the date of an event or deadline already fixed by Court order.

5. The anticipated effect of the above-requested modification will be to save this Court from expending further time on this action if the terms of the Settlement Agreement are concluded before the requested date, and if not there is no anticipated prejudice to the Court or any party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of March, 2008 in Oakland, California.

_____
Julie E. Hofer

-1-