1  LAWRENCE K. ROCKWELL, #72410
   ERIC W. DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiffs
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | ADOBE SYSTEMS INCORPORATED, a          | CASE NO.   C 07-06161 PJH
   | Delaware corporation, COREL
13 | CORPORATION, a Canadian corporation,
   | SONIC SOLUTIONS, a Delaware
14 | corporation, SYMANTEC
   | CORPORATION, a Delaware corporation,   | **PROOF OF SERVICE - STIPULATED
15 | and SYMANTEC OPERATING                 | REQUEST FOR ORDER CHANGING
   | CORPORATION, a Delaware corporation;   | TIME TO CONTINUE CASE
16 |                                        | MANAGEMENT CONFERENCE;
   |           Plaintiffs,                  | DECLARATION OF JULIE E. HOFER IN
17 |                                        | SUPPORT OF STIPULATED REQUEST
   | v.                                     | FOR ORDER CHANGING TIME TO
18 |                                        | CONTINUE CASE MANAGEMENT
   | FOX ROTHSCHILD LLP, a Pennsylvania     | CONFERENCE**
19 | limited liability partnership;
20 |           Defendant.

## PROOF OF SERVICE

I declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years at the time of service and not a party to the within cause. My employment address is 300 Lakeside Drive, Suite 1900, Oakland, California 94612-3570.

On March 3, 2008, I served copies of the attached document(s) entitled:

STIPULATED REQUEST FOR ORDER CHANGING TIME TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF JULIE E. HOFER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME TO CONTINUE CASE MANAGEMENT STATEMENT

on the interested parties in this action, by placing a true and correct copy thereof enclosed in a sealed envelope, addressed as follows:

David F. Faustman
Cristina K. Olivella
Fox Rothschild LLP
235 Pine Street, Suite 1500
San Francisco, California 94104

[X] **BY U.S. MAIL.** I placed such envelope, addressed as above by first-class mail, postage prepaid, for collection and mailing at my business address following our ordinary business practices. I am readily familiar with our ordinary business course of collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business on the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service for delivery to the addressee.

[ ] **BY FEDERAL EXPRESS.** I deposited such envelope in a Federal Express depository at Oakland, California.

[ ] **BY PERSONAL SERVICE.** I delivered such envelope by hand to the offices of the addressee(s).

[ ] **BY FACSIMILE SERVICE.** I transmitted such document(s) via facsimile to the offices of the addressee(s).

[ ] **STATE.** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL.** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 3, 2008, at Oakland, California.

_____
Meg Atkins

*Name of Case:* Adobe Systems et al. v. Fox Rothschild LLP
*Name of Court and Case Number:* U.S. District Court, Northern District of California, Case No. C07-06161 PJH