1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:    (510) 451-0544
5  Facsimile:    (510) 832-1486
   Email: julie@donahue.com
6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT

10             SAN FRANCISCO DIVISION

11

12  ADOBE SYSTEMS INCORPORATED, a          CASE NO. C 07-06161 PJH
    Delaware corporation, COREL
13  CORPORATION, a Canadian corporation,   **STIPULATED REQUEST FOR ORDER**
    SONIC SOLUTIONS, a Delaware            **CHANGING TIME TO CONTINUE CASE**
14  corporation, SYMANTEC                  **MANAGEMENT CONFERENCE**
    CORPORATION, a Delaware corporation,   **PURSUANT TO CIVIL L.R. 6-2**
15  and SYMANTEC OPERATING
    CORPORATION, a Delaware corporation;   Current CMC Date   March 13, 2008
16                                         Requested Date:    April 24, 2008
             Plaintiffs,                   Time:              2:30
17                                         Location:          Courtroom 3, 17th Floor
    v.                                     Judge:             Hon. Phyllis J. Hamilton
18
    FOX ROTHSCHILD LLP, a Pennsylvania
19  limited liability partnership;

20           Defendant.

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 6-2, plaintiffs Adobe Systems Incorporated, Corel Corporation,

2    Sonic Solutions, Symantec Corporation and Symantec Operating Corporation and defendant Fox

3    Rothschild LLP, by and through their respective counsel of record, hereby stipulate, agree and

4    request that the Court enter an order continuing the Case Management Conference currently

5    scheduled for March 13, 2008 to April 24, 2008 and that all related deadlines be continued

6    accordingly.

7    The parties have settled this matter with terms that require performance by April 5, 2008,

8    and such settlement would eliminate the need for the Case Management Conference, as well as

9    any additional items on the Court's calendar.

10    This stipulation is supported by the Declaration of Julie E. Hofer submitted concurrently

11    herewith.

12    IT IS SO STIPULATED.
      Dated: February **29**, 2008                DONAHUE GALLAGHER WOODS LLP
13

14                                               By: _____

15                                               Julie E. Hofer
                                                 Attorneys for Plaintiff

16    Dated: February **29**, 2008                FOX ROTHSCHILD LLP

17

18                                               By: _____
                                                 David F. Faustman
19                                               Cristina K. Olivella
                                                 Attorneys for Defendant

20    PURSUANT TO STIPULATION, IT IS SO ORDERED

21    Dated: ___March 4_____, 2008

22    The Honorable Phyllis J. Hamilton
      United States District Judge
23

24

25

26

27

28

-1-