1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   E-mail:      julie@donahue.com
6
   Attorneys for Plaintiffs
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 ADOBE SYSTEMS INCORPORATED, a        CASE NO. C07-06161 PJH
   Delaware corporation, COREL
13 CORPORATION, a Canadian corporation,  **STIPULATION; ORDER OF DISMISSAL;**
   Sonic Solutions, a California corporation, **RETENTION OF JURISDICTION**
14 SYMANTEC CORPORATION, a
   Delaware corporation, and SYMANTEC
15 OPERATING CORPORATION, a
   Delaware corporation,
16
            Plaintiffs,
17
       v.
18
   FOX ROTHSCHILD LLP, A Pennsylvania
19 limited liability partnership,
            Defendant.

1  Plaintiffs Adobe Systems Incorporated, Corel Corporation, Sonic Solutions, Symantec Corporation, and Symantec Operating Corporation, (referred to collectively hereinafter as "Plaintiffs") and Fox Rothschild LLP ("Defendant"), by and through respective counsel or officers signing below, hereby stipulate to the following:

The claims for relief in this action have been settled with certain additional obligations to be performed by the parties pursuant to the settlement not later than April 5, 2008. Further, the parties agree that this Court is to retain complete jurisdiction over the settlement of the action. The remaining action is hereby dismissed with prejudice provided, however, that this Court shall expressly retain complete jurisdiction to vacate the dismissal to reopen the action to enforce performance of the terms of the parties' settlement agreement, and the parties to this action consent to the jurisdiction of the Court for said purposes.

Dated: April 17, 2008      DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiffs

Dated: April 17, 2008      FOX ROTHSCHILD LLP

By: _____
David F. Faustman
Cristina K. Olivella
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____      By: _____
United States District Judge