1  LAWRENCE K. ROCKWELL, #72410
   ERIC DONEY, #76260
2  JULIE E. HOFER, #152185
   DONAHUE GALLAGHER WOODS LLP
3  Attorneys at Law
   300 Lakeside Drive, Suite 1900
4  Oakland, California 94612-3570
   Telephone:   (510) 451-0544
5  Facsimile:   (510) 832-1486
   E-mail:      julie@donahue.com
6
   Attorneys for Plaintiffs
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 ADOBE SYSTEMS INCORPORATED, a          CASE NO. C07-06161 PJH
   Delaware corporation, COREL
13 CORPORATION, a Canadian corporation,   **STIPULATION; ORDER OF DISMISSAL**
   Sonic Solutions, a California corporation,
14 SYMANTEC CORPORATION, a
   Delaware corporation, and SYMANTEC
15 OPERATING CORPORATION, a
   Delaware corporation,

16             Plaintiffs,

17       v.

18 FOX ROTHSCHILD LLP, A Pennsylvania
   limited liability partnership,
19             Defendant.

20

21

22

23

24

25

26

27

28

STIPULATION; ORDER OF DISMISSAL                    CASE NO. C07-06161PJH

1  Plaintiffs Adobe Systems Incorporated, Corel Corporation, Sonic Solutions, Symantec
2  Corporation, and Symantec Operating Corporation, (referred to collectively hereinafter as
3  "Plaintiffs") and Fox Rothschild LLP ("Defendant"), by and through respective counsel signing
4  below, hereby stipulate that the above-captioned case be and hereby is dismissed with prejudice.

5
6  Dated: April 23, 2008             DONAHUE GALLAGHER WOODS LLP

7
8                                     By: _____
                                          Julie E. Hofer
9                                         Attorneys for Plaintiffs

10 Dated: April 23, 2008             FOX ROTHSCHILD LLP

11
12                                    By: _____
                                          David F. Faustman
13                                        Cristina K. Olivella
                                          Attorneys for Defendant
14
15 PURSUANT TO STIPULATION, IT IS SO ORDERED:

16 Dated: _____            By: _____
                                          United States District Judge

-1-

STIPULATION; ORDER OF DISMISSAL                                        CASE NO. C07-06161PJH