LAWRENCE K. ROCKWELL, #72410
ERIC DONEY, #76260
JULIE E. HOFER, #152185
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:   (510) 451-0544
Facsimile:   (510) 832-1486
E-mail:      julie@donahue.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware corporation, COREL CORPORATION, a Canadian corporation, Sonic Solutions, a California corporation, SYMANTEC CORPORATION, a Delaware corporation, and SYMANTEC OPERATING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FOX ROTHSCHILD LLP, A Pennsylvania limited liability partnership,<br>Defendant. | CASE NO. C07-06161 PJH<br><br>**STIPULATION; ORDER OF DISMISSAL** |

1  Plaintiffs Adobe Systems Incorporated, Corel Corporation, Sonic Solutions, Symantec
2  Corporation, and Symantec Operating Corporation, (referred to collectively hereinafter as
3  "Plaintiffs") and Fox Rothschild LLP ("Defendant"), by and through respective counsel signing
4  below, hereby stipulate that the above-captioned case be and hereby is dismissed with prejudice.

Dated: April 23, 2008              DONAHUE GALLAGHER WOODS LLP

By: _____
Julie E. Hofer
Attorneys for Plaintiffs

Dated: April 23, 2008              FOX ROTHSCHILD LLP

By: _____
David F. Faustman
Cristina K. Olivella
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 4/24/08                    By: _____
                                  United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-1-